# UNITED STATES DISTRICT COURT
для
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
PREMISES KNOWN AS 1228 S. EUGENE ST., APT ) Case No. 1:23MJ171
1B GREENSBORO, NC 27406, INCLUDING ANY )
AND ALL LOCKED AND CLOSED CONTAINERS )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Middle____ District of ____North Carolina____
*(identify the person or describe the property to be searched and give its location)*:

The premises known and described as 1228 South Eugene Street, Apt. 1B, Greensboro, North Carolina 27406, including any and all locked and closed containers therein, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of, instrumentalities used in committing, and fruits of the crimes pertaining to violations of a series of violent crimes in-aid-racketeering, pursuant to 18 U.S.C. §§ 1959(a)(1), 1959(a)(3) and 1959(a)(5), and firearms related offenses, pursuant to 18 U.S.C. §924(c) as further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____April 27, 2023____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable JOI ELIZABETH PEAKE____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/13/2023 1:37 pm   _____/s/ Joi Elizabeth Peake_____
                                                         *Judge's signature*

City and state: Winston-Salem, NC   JOI ELIZABETH PEAKE, U.S. Magistrate Judge
                                                         *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

*Property to be searched*

The property to be searched is the property located at 1228 South Eugene Street, Apartment 1B, Greensboro, North Carolina 27406 (which constitutes the SUBJECT PREMISES) and any closed or locked containers therein. The SUBJECT PREMISES is an apartment in what can be described as a three-story apartment-style dwelling with an exterior of brick and vinyl siding. The number "1228" is clearly visible on the exterior awning of the building. The SUBJECT PREMISES is Apartment 1B on the first floor of the building. "1B" is clearly visible on a placard next to the front door of the SUBJECT PREMISES. The following are images of the SUBJECT PREMISES:

 

# ATTACHMENT B
*Property to be seized*

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of racketeering and racketeering conspiracy, pursuant to 18 U.S.C. §§ 1962(c) and 1962(d), a series of violent crimes in-aid-racketeering, pursuant to 18 U.S.C. §§ 1959(a)(1), 1959(a)(3) and 1959(a)(5), and firearms related offenses, pursuant to 18 U.S.C. §924(c):

a. (firearms, including firearm ammunition, firearm magazines, shell casings, and discharged rounds;

b. any firearm storage boxes, holsters, firearm manuals, cleaning kits, or any other paraphernalia for the possession, storage or maintenance of firearms;

c. any documents, papers, photographs or records demonstrating ownership, possession, control, purchase or transfer of any firearms or firearm paraphernalia;

d. Mail and other documents including, but not limited to identification documents, in GONZALEZ's name; and

e. any documents, papers, photographs or records referencing or revealing individuals engaged in racketeering and racketeering conspiracy, violent crimes listed above, and firearms related offenses, including their identity and location.